# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 09-CR-30084-WDS |
| ) | |
| MONTE BOATMAN, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

Before the Court is defendant's pro se motion seeking retroactive application of the sentencing guidelines to crack cocaine offenses (Doc. 251). The Court appointed Assistant Federal Defender Dan Cronin to represent the defendant. Attorney Cronin seeks to withdraw because the defendant is not eligible for the relief he seeks under §3582.

A review of the record, and application of §3582, reveals that the defendant was sentenced on Count 2, Conspiracy to Interfere with Commerce by Threats or Violence and Count 3, Interference with Commerce by Threats or Violence. The amendments to the advisory guidelines do not apply to these charges. Upon review of the record, the Court **FINDS** that the relief which the defendant seeks is not available to him under the amendments to the advisory Sentencing Guidelines.

Accordingly, the Court **GRANTS**, the motion to withdraw (Doc. 273) and **DENIES** defendant's motion for a reduction in sentence (Doc. 251) because the defendant is not entitled to a reduction for the crimes on which he was sentenced.

**IT IS SO ORDERED.**

**DATE:   05 November, 2012**

                              /s/  WILLIAM D. STIEHL
                                 **DISTRICT JUDGE**